# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT PELTZ, | ) | CASE NO.   1: 05 CV 2643 |
| PLAN ADMINISTRATOR, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD N. MORETTI, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Court's August 25, 2006 Order granting Plaintiff's Motion for Partial Summary Judgment (ECF # 30) remains intact. Accordingly, Defendants' Motion for Reconsideration (ECF # 65) is DENIED, Plaintiff's Motion to Strike (ECF # 71) is GRANTED, and Defendants' Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment, their Motion for Summary Judgment and supporting affidavit (ECF # 68) shall be stricken from the record.  Further, Plaintiff's Amended Motions for Sanctions are GRANTED, and the Court accepts the factual findings as set forth in Motions.  (ECF # 61, ECF # 62.) Finally, the Court finds in favor of Plaintiff and against Defendants on the sole claim before it trial, namely civil conspiracy.  As such, Defendants are jointly and severally liable to Plaintiff for $72,317.90 in compensatory damages.  Punitive damages shall not be awarded in this case.  Costs are assessed to Defendants.  This case is TERMINATED.

    IT IS SO ORDERED.

                                                   _s/ Donald C. Nugent_
                                                 DONALD C. NUGENT
                                                 United States District Judge

DATED: <u>January 3, 2007</u>